IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALIB IBN CHRISTENSEN, | No. CIV S-05-2017-MCE-CMK-P |
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATIONS |
| JEANNE WOODFORD, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court are:  (1) the parties' stipulated request for voluntary dismissal of this action; and (2) the parties' stipulated request to vacate the court's October 18, 2005,[1] order directing payment of inmate filing fees.  The parties indicate that they have reached a settlement of this action and that, as part of that settlement, defendants have agreed to pay plaintiff's costs, including the balance of the filing fee.  Good cause appearing therefor, the court will recommend that the parties' stipulations be granted.

/ / /

---

[1] The order was signed on October 17th, but docketed on October 18th.

1

Based on the foregoing, the undersigned recommends that:

1. The parties' stipulation for voluntary dismissal of this action be granted;

2. This action be dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(a);

3. The parties' stipulation to vacate the court's October 18, 2005, order (Doc. 5) directing payment of inmate filing fees; and

4. The court's October 18, 2005, order be vacated.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, any party may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  August 14, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE