# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

TALIB IBN CHRISTENSEN,    No. CIV S-05-2017-MCE-CMK-P

    Plaintiff,

  vs.    ORDER

JEANNE WOODFORD, et al.,

    Defendants.

                                /

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On August 15, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 15, 2007, are adopted in full;

2. The court's October 18, 2005, order directing payment of inmate filing fee is vacated;

3. This action is dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(a); and

4. The Clerk of the Court is directed to enter judgment and close this file.

Dated: November 1, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE